E. ROBERTS v. STATE.
No. A-1611. Opinion Filed May 7, 1912.
Appeal from Oklahoma County Court;
John W. Hayson, Judge.

E. Roberts was convicted of violating the prohibition law, and appeals. Appeal dismissed.

Wilson & Wilson, for plaintiff in error.

· PER CURIAM. Plaintiff in error, E. Roberts, was convicted of a violation of the prohibition law and was, on October 28, 1911, sentenced to serve a term of thirty days in the county jail and to pay a fine of one hundred dollars, and in the default of the payment of said fine, to be further confined until the same is satisfied as by law provided. From this judgment he appealed by filing in this court February 7, 1912, a petition in error with case-made. Now on May 7th his counsel in open court moves to dismiss said appeal. The appeal in said cause is therefore dismissed and the cause remanded forthwith to the county court of Oklahoma county with direction to enforce its judgment and sentence therein.

---

LUTHER McFARLAND v. STATE.
No. A-1009. Opinion Filed May 7, 1912.
Appeal from LeFlore County Court;
James L. Hale, Judge.

White & Dubois, for appellant.
Smith C. Matson, Asst. Atty. Gen., for the State.

FURMAN, P. J. Appellant was convicted in the county court of LeFlore county for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of fifty dollars and thirty days' imprisonment in the county jail. We have carefully examined the brief of counsel and find that the questions of law therein presented have repeatedly been passed upon adversely to the contention made in behalf of appellant. It is therefore unnecessary for us to go over these questions again. The evidence amply sustains the verdict. The judgment of the lower court is therefore affirmed.

ARMSTRONG and DOYLE, JJ., concur.